*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, STEPHENS, and PENNIX
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jacob A. RUEDAS**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 202000050**

Decided: 25 June 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Lawrence C. Lee

Sentence adjudged 18 November 2019 by a special court-martial convened at Marine Corps Base, Camp Pendleton California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 25 days, and a bad-conduct discharge.

For Appellant:
*Lieutenant Megan E. Horst, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court